1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,

10                      Plaintiff,

11            v.                              CR. NO. S-07-289 LKK

12   EDI CAMACHO,
     MISAEL CAMACHO, and
13   JUAN CAMACHO,

14                      Defendants.
     _____/
15
     UNITED STATES OF AMERICA,
16
                        Plaintiff,
17
              v.                              CR. NO. S-07-503 EJG
18
     LUIS HUMBERTO LOPEZ-AVILEZ,
19                                            RELATED CASE ORDER
                        Defendant.
20   _____/

21        Examination of the above-entitled criminal actions reveals

22   that the two (2) actions are related within the meaning of Local

23   Rule 83-123, E.D. Cal. (1997).  For the reasons set forth in the

24   government's Related Case Memorandum, the assignment of the matters

25   to the same judge is likely to effect a substantial savings of

26   judicial effort and is also likely to be convenient for the

1  parties.

2    The parties should be aware that relating the cases under

3  Local Rules 83-123 merely has the result that the actions are

4  assigned to the same judge; no consolidation of the actions is

5  effected.  Under the regular practice of this court, related cases

6  are generally assigned to the judge to whom the first filed action

7  was assigned.

8    IT IS THEREFORE ORDERED that the action denominated CR. NO.

9  S-07-503 EJG be, and the same hereby is, reassigned to Judge

10  Lawrence K. Karlton for all further proceedings.  Henceforth the

11  caption on all documents filed in the reassigned case shall be

12  shown as CR. NO. S-07-503 LKK.

13    IT IS FURTHER ORDERED that the Clerk of the Court make

14  appropriate adjustment in the assignment of criminal cases to

15  compensate for this reassignment.

16    DATED: December 7, 2007.

17

18

19  LAWRENCE K. KARLTON
    SENIOR JUDGE
20  UNITED STATES DISTRICT COURT

21

22

23

24

25

26

2