```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9
10  UNITED STATES OF AMERICA,     )  NO. 2:07 CR-00503 LKK
                                  )
11          Plaintiff,            )  PLAINTIFF'S EX PARTE MOTION TO
                                  )  DISMISS INDICTMENT AND ORDER
12      v.                        )  THEREON
                                  )
13  LUIS HUMBERTO LOPEZ-AVILEZ,   )
                                  )
14          Defendant.            )  Court: Hon. Lawrence K. Karlton
    _____)
15
```

  Whereas, defendant Luis Humberto Lopez-Avilez was charged with certain cocaine conspiracy and trafficking offenses in a sealed Indictment in Case No. 2:07 CR-00503 LKK filed on November 8, 2007, to facilitate his arrest as he was at large at the time;

  Whereas, after the arrest of Lopez-Avilez, the same cocaine conspiracy and trafficking charges against him were incorporated by Superseding Indictment into Case No. 2:07 CR-00289-02 LKK filed on December 13, 2007, against him and his alleged coconspirators; and

  Whereas, plaintiff United States of America desires to proceed with the prosecution against Lopez-Avilez in Case No. 2:07 CR-00289-02 LKK, in lieu of prosecuting him in Case No. 2:07 CR-00503 LKK,

1

        Accordingly, the United States hereby moves the Court for an order dismissing the Indictment against Lopez-Avilez in Case No. 2:07 CR-00503 LKK.  The undersigned prosecutor represents that he has discussed this motion with Mark Reichel, Esq., defense attorney for Lopez-Avilez, and Mr. Reichel advised that Lopez-Avilez has no objection to the dismissal of the Indictment in Case No. 2:07 CR-00503 LKK.

Dated:  October 1, 2008          McGREGOR W. SCOTT
                                 United States Attorney

                                       /s/ Samuel Wong
                           By:  _____
                                 SAMUEL WONG
                                 Assistant United States Attorney


                              ORDER


        The Court having received, read, and considered the United States' <u>ex parte</u> motion to dismiss the Indictment in Case No. 2:07 CR-00503 LKK, and good cause appearing therefrom,

        It is hereby ORDERED that the United States' motion is hereby granted and the Indictment in Case No. 2:07 CR-00503 LKK is dismissed.

Dated: October 1, 2008

                           _____
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT